Gary Eastman (SBN 182518)
EASTMAN IP
1550 Hotel Circle N., Suite 330
San Diego, CA 92108
Telephone: (619) 230-1144
gary@eastmanip.com

Attorney for Plaintiff
TSG Corporation
d/b/a Dirt Cheap Car Rental

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TSG Corporation d/b/a Dirt Cheap Car Rental,

         *Plaintiff,*

    v.

Shariar Delalat, an Individual; Renty, LLC, a California limited liability company; Renty Transportation, LLC, a California limited liability company; Renty Collision, LLC, a California limited liability company, and DOES 1-10,

         *Defendants.*

Case No.: **'25CV0402 GPC MSB**

**COMPLAINT FOR:**
1. **FEDERAL TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114**
2. **FEDERAL TRADEMARK COUNTERFEITING, 15 U.S.C. § 1116(d)**
3. **FEDERAL UNFAIR COMPETITION BY FALSE DESIGNATION OF ORIGIN, 15 U.S.C. § 1125(a)(1)(A);**
4. **FEDERAL UNFAIR COMPETITION BY FALSE OR MISLEADING REPRESENTATION, 15 U.S.C. § 1125(a)(1)(B);**
5. **FEDERAL TRADE NAME OR SERVICE MARK DILUTION, 15 U.S.C. § 1125(c)(1);**
6. **CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;**
7. **VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 14247;**
8. **VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200; AND [DEMAND FOR JURY TRIAL]**

TSG Corporation d/b/a Dirt Cheap Car Rental, a California corporation ("TSG" or "Plaintiff") brings this Complaint against defendants Shariar Delalat, an individual, Renty, LLC, Renty Transportation, LLC, Renty Collision, LLC, all of which are California limited liability companies, and DOES 1-10 (collectively, "Defendants") as follows:

## JURISDICTION

1.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1338(b) over the federal trademark claims and the federal unfair competition claims, which arise under the Federal Lanham Act, 15 U.S.C. §§ 1051, et seq.; and has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the asserted state law claims.

2.      This Court has personal jurisdiction over Defendants because Defendants' acts of infringement and unfair competition practices complained of herein occurred in the state of California, Defendants' acts of infringement and unfair competition practices were directed towards the state of California, and Defendants caused injury to Plaintiff within the state of California.

## VENUE

3.      Venue is proper under 28 U.S.C. § 1391(b)(2) because this is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

## THE PARTIES

4.      Plaintiff TSG Corporation ("TSG" or "Plaintiff") is a California corporation with its principal place of business in San Diego, California.

5.      Defendant Shariar Delalat ("Delalat" or "Defendant") is an individual residing in San Diego, California and does business in this judicial district. Delalat owns and controls the corporate entity Defendants identified below.

6.      Defendant Renty, LLC ("Renty") is a California limited liability company with its principal place of business at 8025 Clairemont Mesa Blvd, Suite 20, San Diego, California 92111. Delalat is the sole manager and registered agent of Defendant Renty, LLC. Renty, LLC

does business in this judicial district and throughout the United States. Renty, LLC was initially formed on July 26, 2004, and is currently active and in good standing in the State of California. A true and correct copy of the most recent statement of information that was filed with the Secretary of State for California and screenshots of the corporate history are attached hereto as **Exhibit 1**.

7.    Defendant Renty Transportation, LLC ("Renty Transportation") is a California limited liability company with its principal place of business at 8025 Clairemont Mesa Blvd, Suite 20, San Diego, California 92111. Delalat is the sole manager and registered agent of Defendant Renty Transportation. Renty Transportation does business in this judicial district and throughout the United States. Renty Transportation was initially formed on May 04, 2023, and is currently active and in good standing in the State of California. A true and correct copy of the most recent statement of information that was filed with the Secretary of State for California and screenshots of the corporate history is attached hereto as **Exhibit 2**.

8.    Defendant Renty Collision LLC, ("Renty Collision") is a California limited liability company with its principal place of business at 8025 Clairemont Mesa Blvd, Suite 20, San Diego, California 92111. Delalat is the sole manager and registered agent of Defendant Renty Collision. Renty Collision does business in this judicial district and throughout the United States. Renty Collision was initially formed on December 30, 2016, and is currently active and in good standing in the State of California. A true and correct copy of the most recent statement of information that was filed with the Secretary of State for California and screenshots of the corporate history is attached hereto as **Exhibit 3**.

9.    The identities of the individuals and entities named as Defendants DOES 1 through 10, inclusive, are not presently known, but Plaintiff will seek to amend the Complaint to properly identify them when their proper names have been ascertained.

10.    Plaintiff is informed and believes, and based thereon alleges that at all times relevant hereto Renty, Renty Transportation, and Renty Collison (collectively the "Renty brand") are alter egos of Delalat the individual. As evidenced by how Renty, Renty Transportation, and Renty Collision all have the same principal and mailing address, all interlink

between web and social media channels, Defendant Delalat is the sole manager and agent for all three of the limited liability companies, and the line between each is blurred with the effect that the Renty brands are one in the same, and to rely upon the distinction between any entity would be to deprive Plaintiff TSG of the rights and remedies to address the harms alleged herein.

11.    Upon information and belief, TSG alleges that Delalat as an individual and as the agent of the limited liability companies, and each of the defendants named herein as DOES 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged below, and are liable to TSG for the damages and relief sought herein.

## FACTUAL ALLEGATION COMMON TO ALL COUNTS

Plaintiff's Business

12.    TSG is a leader in the San Diego vehicle rental services industry and since 1992, through the consistent use of the DIRT CHEAP CAR RENTAL trademark and investment of substantial personal and financial resources, the DIRT CHEAP CAR RENTAL vehicle rental business has grown to a distinctive, well-known source for affordable rental vehicles with an excellent reputation for service. This goodwill results in significant commercial benefit to TSG.

13.    TSG currently owns the United States Federal Service Mark No. 6,259,009 for "Dirt Cheap Car Rental" in International Class 039 (referred to herein as the "TSG Mark" or the "Plaintiff's Mark") for use in conjunction with the goods and services listed as "[r]ental of vehicles". A true and correct copy of TSG's registered trademark for the DIRT CHEAP CAR RENTAL mark on the principal register is attached hereto as **Exhibit 4**.

14.    DIRT CHEAP CAR RENTAL, Registration No. 6,259,009 with first use of the mark on May 1, 1992, and first use of the mark in commerce on May 1, 2005, was duly registered with the United States Patent and Trademark Office ("USPTO") on February 2, 2021. TSG provides the DIRT CHEAP CAR RENTAL services through an online storefront at https://dirtcheapcarrental.com/. A true and correct copy of a screenshot showing TSG's DIRT CHEAP CAR RENTAL website is attached hereto as **Exhibit 5**.

15.     On or about December 2, 1998, Plaintiff launched its website for its DIRT CHEAP CAR RENTAL brand, at https://dirtcheapcarrental.com/. A true and correct copy of a screenshot of a capture of the archived webpage within WaybackMachine.com is attached hereto as **Exhibit 6.**

16.     Long prior to any use of a similar design or mark by Defendants, Plaintiff has continuously and exclusively used its DIRT CHEAP CAR RENTAL Mark to promote and sell its vehicle rental services. A true and correct copy of a screenshot of the services provided on Plaintiff's website is attached hereto as **Exhibit 7**.

Defendants' Business

17.     On or about February 8, 2006, Delalat launched the website for his RENTY brand, at https://renty.biz/ to sell similar vehicle rental services. A true and correct copy of a screenshot of a capture of the archived webpage within WaybackMachine.com is attached hereto as **Exhibit 8**.

18.     Defendants provide services for "[r]ental of vehicles" through the https://renty.biz/ website. The https://renty.biz/ website is an interactive website that allows prospective customers located within the state of California to rent vehicles online, this is the same service provided by DIRT CHEAP CAR RENTAL. A true and correct copy of a screenshot of the https://renty.biz/ website as of January 28, 2025, is attached hereto as **Exhibit 9.**

19.     Defendants operate their RENTY business within San Diego, California which is the same geographic area that TSG offers its DIRT CHEAP CAR RENTAL services. Defendants are offering services for rental of vehicles through https://renty.biz/ for the same services that the DIRT CHEAP CAR RENTAL Mark is registered for. Defendants have been and are using TSG's registered trademark verbatim in its entirety. The Defendants and TSG operate within miles of each other, and it would be impossible for Defendants not to know of TSG's historical use of the DIRT CHEAP CAR RENTAL brand in the vehicle rental community.

20.    Defendants own a profile for its RENTY brand on X.com (twitter.com) at, https://x.com/rentyrentals, to promote similar vehicle rental services. A true and correct copy of a screenshot of a capture of the profile on X.com is attached hereto as **Exhibit 10.**

21.    Defendants own a profile for its RENTY brand on Pinterest.com at, https://www.pinterest.com/rentyrental/, to promote similar vehicle rental services. A true and correct copy of a screenshot of a capture of the profile on Pinterest.com is attached hereto as **Exhibit 11.**

22.    Defendants own a profile for its RENTY brand on Pinterest.com at, https://www.pinterest.com/rentycar/, to promote similar vehicle rental services. A true and correct copy of a screenshot of a capture of the profile on Pinterest.com is attached hereto as **Exhibit 12.**

23.    Defendants use the TSG Mark in their SEO to artificially drive internet traffic to its Pinterest profiles and related pins. A true and correct copy of a screenshot of a capture of the TSG Mark being used in Pinterest SEO by Defendants is attached hereto as **Exhibit 13**.

24.    Defendants own a profile for its RENTY brand on Facebook.com, at https://www.facebook.com/rentycarrental/, to promote similar vehicle rental services. A true and correct copy of a screenshot of a capture of the profile on Facebook.com is attached hereto as **Exhibit 14.**

25.    Defendants' website at https:/renty.biz/, has been using the service mark verbatim at least as early as April 30, 2024. A true and correct copy of a screenshot of a capture of the archived webpage within WaybackMachine.com is attached hereto as **Exhibit 15**.

26.    Defendants, and each of them, are using TSG's "DIRT CHEAP CAR RENTAL" Mark on their websites, social media channels, and other medium in interstate commerce, and such use is without consent, authorization, or permission, which is causing actual consumer confusion, and is harming TSG's goodwill.

27.    Plaintiff's Mark is being used without authorization in connection with the marketing of services that are identical to the services provided in conjunction with its' "DIRT CHEAP CAR RENTAL" Mark. This unauthorized use is a violation of the Lanham Act of 1946

(15 U.S.C. § 1051 et seq.), as there is actual confusion in the marketplace because a reasonable consumer would mistakenly conclude that the infringing services being marketed by Renty are in some way associated or affiliated with the services provided by TSG under the DIRT CHEAP CAR RENTAL brand.

28.    On December 17, 2024, TSG sent Delalat a cease and desist letter requesting that Delalat immediately cease their unauthorized use of Plaintiff's Mark on Defendants website (https://renty.biz/), and Defendants' social media accounts. A true and correct copy of Plaintiff's request for Defendants to cease use of the DIRT CHEAP CAR RENTAL Mark is attached hereto as **Exhibit 16**.

29.    On or about December 21, 2024, Delalat acknowledged receipt of a notice sent to Delalat by TSG detailing the infringement of their intellectual property and demanding that the infringements be halted and removed. A true and correct copy of a picture of Delalat's acknowledgement of receipt of the notice to cease use of the DIRT CHEAP CAR RENTAL Mark is attached hereto as **Exhibit 17**.

30.    Defendants have had actual notice of the Plaintiff's Mark at least as early as December 21, 2024, when TSG contacted Delalat by certified mail to request that Defendants stop using the Plaintiff's Mark on Defendants' website and social media accounts. Delalat acknowledged receipt of the notice but has not replied or taken any noticeable measures to halt the unauthorized use of Plaintiff's Mark, despite Plaintiff's expressed willingness to amicably resolve the matter.

31.    Despite having knowledge of Plaintiff's trademark rights associated with the DIRT CHEAP CAR RENTAL Mark, Defendants continue to use Plaintiff's Mark in their search engine optimization (SEO") to drive internet traffic to Defendants' https://renty.biz/ website and Defendants have not updated their SEO to refrain from using the DIRT CHEAP CAR RENTAL Mark. A true and correct copy of a screenshot of the results of a simple internet browser search using Google to search "dirtcheapcarrental" that points out Defendants' website URL is attached hereto as **Exhibit 18**.

32.     Defendants have acted and continue to act with knowledge of TSG's ownership and use of its registered trademark, and without TSGs authorization or consent, have engaged in intentional infringement by using and continuing to use, the Plaintiff's Mark in order to interfere with and capitalize on TSG's prior use, ownership, reputation, and goodwill.

33.     Defendants have acted and continue to act in bad faith by using the X.com profile's cover photo to display TSG's Mark verbatim, creating further confusion in the marketplace.

34.     Defendants have acted and continue to act in bad faith by using the Facebook.com profile's cover photo to display TSG's Mark verbatim, creating further confusion in the marketplace.

35.     Defendants have acted and continue to act in bad faith by using the Pinterest.com profile's cover photo to display TSG's Mark verbatim, creating further confusion in the marketplace.

36.     Defendants have acted and continue to act in bad faith by using the Pinterest.com SEO-linked search bar to display the dominant terms of TSG's Mark, creating further confusion in the marketplace.

37.     Defendants' use of Plaintiff's Mark has caused actual confusion in the marketplace and is likely to continue to cause confusion, mistake, and deception among the public and those seeking the vehicle rental services offered by Plaintiff.

38.     Plaintiff is in need of injunctive relief to bring an end to the irreparable harm caused by the promotion and sales of Defendants' services using Plaintiff's Mark.

39.     Shariar Delalat owns, operates, dominates, and controls the corporate entities Renty, LLC, Renty Transportation, LLC, and Renty Collision, LLC as his "Alter Ego Companies." Delalat is the sole registered agent of the aforementioned entities.

40.     At all times mentioned herein, Delalat created and organized each of the Alter Ego Companies as a device to avoid individual liability for his conduct.

41.     Each of the Alter Ego Companies were created and continued pursuant to a plan, scheme, and device conceived and operated by Delalat to defraud the public at large.

42.    At all times mentioned herein, there existed and continues to exist a unity of interest and ownership between Delalat and all of his Alter Ego Companies such that the separateness of the individual and each of the Alter Ego Companies has ceased to exist.

43.    By virtue of the foregoing, adherence to the fiction of the separate corporate existence of each of the Alter Ego Companies would sanction a fraud against and promote injustice for the Plaintiff.

## **FIRST CAUSE OF ACTION**

### **FEDERAL TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114**

44.    TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

45.    Defendants Renty, Renty Transportation, and Renty Collision, at all relevant times, infringed and continue to infringe on TSG's rights regarding its registered federal trademark, Registration No. 6,259,009 for DIRT CHEAP CAR RENTAL, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a) and (b).

46.    Defendants Renty, Renty Transportation, and Renty Collision's conduct and use of the DIRT CHEAP CAR RENTAL Mark has caused actual confusion in the marketplace, and is likely to continue to cause further confusion, mistake, and deception among the general purchasing public as to the association and origin of their services and interferes with TSG's ability to use its mark to indicate a single source of services.

47.    Defendants Renty, Renty Transportation, and Renty Collision's infringing conduct has been willful, malicious, and done with an intent to deceive. Defendants have had actual notice of the trademark rights of the Plaintiff at least as early as December 21, 2024. TSG is therefore entitled to an award of its reasonable attorneys' fees and costs, and treble its actual damages, pursuant to 15 U.S.C. § 1114(1)(a) and (b).

## **SECOND CAUSE OF ACTION**

### **FEDERAL TRADEMARK COUNTERFEITING, 15 U.S.C. § 1116(d)**

48.    TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as through fully set forth herein.

49.    Defendants Renty, Renty Transportation, and Renty Collision have used a false mark and/or false designations and continue to use a false mark and/or false designation that are identical with, or substantially indistinguishable from, the TSG Mark on services covered by the registered TSG Mark.

50.    Defendants Renty, Renty Transportation, and Renty Collision have used these false designations and continue to use these false designations knowing that they are counterfeit in connection with the advertisement, promotion, sale, offering for sale, and distribution of their services.

51.    Defendants Renty, Renty Transportation, and Renty Collision's use of the Plaintiff's Mark to advertise, promote, offer for sale, distribute, and sell their services is without the express or implied consent of Plaintiff.

52.    The unauthorized use of the Plaintiff's Mark by Defendants Renty, Renty Transportation, and Renty Collision on and in connection with the advertisement, promotion, sale, offering for sale and distribution of services constitutes use of the TSG Mark in commerce.

53.    The unauthorized use of the Plaintiff's Mark by Defendants Renty, Renty Transportation, and Renty Collision, as set forth above, has caused actual confusion in the marketplace, and is likely to continue to: (a) cause confusion, mistake, and deception; (b) cause the public to believe that Defendants' services are the same as the services sold or approved by TSG or that the Defendants are affiliated, connected, or associated with or in some way related to TSG; and (c) result in the Defendants unfairly benefiting from TSG's reputation, goodwill, and its registered TSG Mark, and cause substantial irreparable injury to the public.

54.    The aforesaid acts of the Defendants constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

55.    The acts of Defendants were both willful and malicious.

56.    For the foregoing reasons, Defendants are liable to TSG for statutory damages for each mark counterfeited as provided by 15 U.S.C. § 1117.

## **THIRD CAUSE OF ACTION**

**FEDERAL UNFAIR COMPETITION BY FALSE DESIGNATION OF ORIGIN, 15**

U.S.C. § 1125(a)(1)(A)

57.     TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

58.     Defendants Renty, Renty Transportation, and Renty Collision are using the TSG Mark in connection with their vehicle rental services.

59.     Defendants Renty, Renty Transportation, and Renty Collision are using the TSG Mark in commerce, in which the use has been done with deliberate intent of capitalizing and trading on the goodwill and reputation of TSG.

60.     The use in commerce of the TSG Mark by Defendants Renty, Renty Transportation, and Renty Collision will tend to cause and, has caused the relevant public and trade to believe erroneously that Defendants' services are associated with, authorized, sponsored, or controlled by TSG.

61.     Defendants' use in commerce of the TSG Mark in connection with their services constitutes a false designation of the origin and/or sponsorship of such services, and falsely describes and represents such services.

62.     Plaintiff has suffered an injury in fact as a result of Defendants' misleading, unfair, and unlawful conduct, because the Defendants intentionally misled, and continues to mislead, customers to believe that the Plaintiff's Mark was associated with Defendants.

**FOURTH CAUSE OF ACTION**

**FEDERAL UNFAIR COMPETITION BY FALSE OR MISLEADING REPRESENTATION, 15 U.S.C. § 1125(a)(1)(B)**

63.     TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

64.     Defendants Renty, Renty Transportation, and Renty Collision are using the TSG Mark in connection with their vehicle rental services.

65.     Defendants Renty, Renty Transportation, and Renty Collision use the TSG Mark in commerce, which use has been done with deliberate intent of capitalizing and trading on the goodwill and reputation of TSG.

66.     The use in commerce of the TSG Mark by Defendants will tend to cause and has caused the relevant public and trade to believe erroneously that Defendants' services are associated, authorized, sponsored, or controlled by TSG.

67.     Defendants' use in commerce of the TSG Mark in connection with their services constitutes a misrepresentation of the TSG Mark being associated with Defendants.

68.     Plaintiff has suffered an injury in fact as a result of Defendants' misleading, unfair, and unlawful conduct, because Defendants have misled, and continue to mislead, customers into believing that the Plaintiff's Mark was associated with Defendants.

## FIFTH CAUSE OF ACTION

## FEDERAL TRADE NAME OR SERVICE MARK DILUTION, 15 U.S.C. § 1125(c)(1)

69.     TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

70.     The Plaintiff's Mark has become famous and distinctive because of long, extensive, continuous, and exclusive use by TSG in connection with their services, such fame occurring long before Defendants Renty, Renty Transportation, and Renty Collision's adoption and use of the TSG Mark in connection with their services.

71.     Defendants Renty, Renty Transportation, and Renty Collision have used and continue to use the TSG Mark in a manner that impairs the distinctiveness of the Plaintiff's Mark.

72.     Defendants Renty, Renty Transportation, and Renty Collision have used and continue to use the TSG Mark in a manner that harms the reputation of the Plaintiff's Mark.

73.     Defendants Renty, Renty Transportation, and Renty Collision use of the Plaintiff's Mark in advertising and the sale of their services is the same trade areas and channels of trade in which Plaintiff is recognized and famous.

74.     On information and belief, Defendants' use of the Plaintiff's Mark has lessened the capacity of Plaintiff's famous Mark to identify and distinguish Plaintiff's vehicle rental

services.

75.    Plaintiff's Mark has been diluted and continues to be diluted due to the actions by the Defendants.

76.    Defendants' conduct has been willful and malicious, and done to not only trade on the recognition of the Plaintiff's Mark, but to also willfully and intentionally harm the reputation of the Plaintiff's Mark.

77.    Plaintiff has suffered injury in fact and has entitled to injunctive relief under 15 U.S.C. § 1125(c)(1), but Plaintiff is also entitled to the remedies provided for in 15 U.S.C. §§ 1117(a) and 1118.

## SIXTH CAUSE OF ACTION

### CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

78.    TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs herein.

79.    Plaintiff established common law rights in California for the mark DIRT CHEAP CAR RENTAL at least as early as May 1, 2005, and has been continuously and exclusively using its mark to sell its vehicle rental services.

80.    Defendants Renty, Renty Transportation, and Renty Collision had constructive notice of Plaintiff's common law rights of the TSG Mark in the state of California at least as early as May 1, 2005.

81.    Defendants Renty, Renty Transportation, and Renty Collision had actual notice of Plaintiff's common law rights of the TSG Mark in the state of California at least as early as December 21, 2024.

82.    Defendants Renty, Renty Transportation, and Renty Collision have used and continue to use the TSG Mark in connection with use which has caused confusion in the state of California and is likely to continue to cause consumer confusion or mistake, or to deceive as to the source of origin of the services in the state of California.

83.    Defendants Renty, Renty Transportation, and Renty Collision have reproduced

and counterfeited the mark, and used reproduced and counterfeit copies in connection with the sale, promotion, and advertising of services within the state of California with the intent to cause consumer confusion.

84.    The acts of Defendants have been both willful and malicious.

85.    Plaintiff has suffered an injury in fact due to conduct of the Defendants.

## SEVENTH CAUSE OF ACTION

### VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 14247

86.    TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

87.    Plaintiff is the owner of Plaintiff's Mark which is distinctive and famous across the United States, and throughout the world.

88.    On information and belief, Defendants Renty, Renty Transportation, and Renty Collision have used and continue to use the famous Plaintiff's Mark after the Mark became famous, which dilutes the distinctive quality of Plaintiff's Mark.

89.    On information and belief, Defendants Renty, Renty Transportation, and Renty Collision's actions described herein were taken and continue to be taken with full knowledge that such actions would dilute the plaintiff's Mark and with the intention to cause dilution of the Mark.

90.    As a result of the activities described herein, Defendants have caused, and unless enjoined by this Court, will continue to cause irreparable harm, damage, and injury to Plaintiff, including but not limited to injury to Plaintiff's goodwill and business reputation.

91.    Plaintiff has no adequate remedy at law and is being irreparably damaged by Defendants' acts in violation of California Business & Professions Code § 14247.

## EIGHTH CAUSE OF ACTION

### VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200

92.    TSG repeats and incorporates herein by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

93.    California Business and Professions Code Section 17200 *et seq.*, the Unfair

Competition Law ("UCL"), prohibits acts of "unfair competition," including "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200. The acts of Defendants, as alleged herein, constitute an unlawful business practice by virtue of their intentional and fraudulent conduct.

94.    Defendants Renty, Renty Transportation, and Renty Collision violated the UCL by systematically misleading consumers by: a) using the Plaintiff's Mark in an unauthorized manner on their website and social media accounts, b) using the https://renty.biz/ URL to redirect web traffic of prospective and existing customers who are seeking the services of the Plaintiff to purchase a different service, and c) using the TSG Mark in their SEO to artificially drive internet traffic to https://renty.biz/.

95.    Plaintiff has suffered an injury in fact as a result of Defendants Renty, Renty Transportation, and Renty Collision's misleading, unfair, and unlawful conduct, because Defendants misled, and continue to mislead, customers into believing that the Plaintiff's Mark was associated with Defendants.

## **PRAYER FOR RELIEF**

WHEREFORE, TSG respectfully requests judgment as follows:

1. An order preliminarily and permanently enjoining Defendants Shariar Delalat, Renty, Renty Transportation, and Renty Collision s, their officers, agents, servants, employees, and all persons in active concert or participating with them, from:

   a) committing any further acts of trademark infringement,

   b) committing any further acts of counterfeiting,

   c) using any design or word mark that is likely to be confused with Plaintiff's TSG Mark asserted herein,

   d) representing directly or indirectly in any form or manner whatsoever that any service is associated with or approved by Plaintiff when, in fact, it is not,

   e) passing off or inducing or enabling others to sell or pass off any service as one of Plaintiff's services or as a service endorsed or approved by Plaintiff,

    f)   continuing to use Plaintiff's TSG Mark for SEO, and

    g)   committing any other act calculated to compete unfairly in any manner;

2. An order seizing and impounding all infringing and counterfeit advertisements and all promotional items in Defendants' possession or control;

3. An order finding Defendant Renty, LLC, Defendant Renty Transportation, LLC, and Defendant Renty Collision, LLC, to be the Alter Ego Companies of Defendant Shariar Delalat and to hold Defendant Shariar Delalat, and those acting in concert with him, personally liable;

4. An order awarding Plaintiff statutory damages in the amount of up to $2,000,000 for each mark counterfeited as provided by 15 U.S.C. § 1117(c) of the Lanham Act, or, at Plaintiff's election, an amount representing three (3) times Plaintiff's damages or Defendants' illicit profits;

5. An order awarding Plaintiff damages in the amount that Plaintiff has been harmed by Defendants' infringements and unfair business practices, in an amount Plaintiff proves at trial;

6. An order for an accounting and disgorgement of Defendants' profits from its infringing and unfair business activity;

7. A finding that Defendants have willfully and deliberately committed acts of trademark infringement against Plaintiff;

8. An order trebling such damages against Defendants;

9. An order for attorneys' fees and costs that Plaintiff incurred in having to bring and sustain this action for the legal enforcement of its trademark and business rights against Defendants; and

10. Such other and further equitable and legal relief as the Court may deem appropriate.

///

///

///

1

Dated:      February 24, 2025

2
                                    EASTMAN IP

3

4                                   /s/ Gary L. Eastman
                                    Gary L. Eastman
5                                   Attorney for Plaintiff
                                    TSG Corporation d/b/a Dirt Cheap Car Rental
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Plaintiff requests this case be tried by a jury on all issues in this action.


Dated:  February 24, 2025

                              EASTMAN IP


                              /s/ Gary L. Eastman
                              Gary L. Eastman
                              Attorney for Plaintiff
                              TSG Corporation d/b/a Dirt Cheap Car Rental

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

BA20241281890

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20241281890 |
| Date Filed: 7/11/2024 |

B2880-4729 07/11/2024 10:03 AM Received by California Secretary of State

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | RENTY, LLC |
| Entity No. | 200421010095 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 8025 CLAIREMONT MESA BLVD, SUITE 20 SAN DIEGO, CA 92111 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 8025 CLAIREMONT MESA BLVD, SUITE 20 SAN DIEGO, CA 92111 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 8025 CLAIREMONT MESA BLVD, SUITE 20 SAN DIEGO, CA 92111 |

| Manager(s) or Member(s) | |
| --- | --- |
| **Manager or Member Name** | **Manager or Member Address** |
| SHARIAR DELALAT sean@renty.biz | 8025 Clairemont Mesa Blvd, Suite 20 SAN DIEGO, CA 92111 |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | SHARIAR DELALAT |
| Agent Address | 8025 CLAIREMONT MESA BLVD, STE 20 SAN DIEGO, CA 92111 |

| Type of Business | |
| --- | --- |
| Type of Business | RENTY LLC |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
| --- | --- |
| **CEO Name** | **CEO Address** |
| SHARIAR DELALAT | 8025 Clairemont Mesa Blvd, Suite 20 SAN DIEGO, CA 92111 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Anafe Efhan*                                    *07/11/2024*
Signature                                        Date

B2880-4730 07/11/2024 10:03 AM Received by California Secretary of State

Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## History

**Expand All**

**Statement of Information**  - *7/11/2024*

**Statement of Information**  - *8/10/2022*

**System Amendment - Pending Suspension**  - *4/28/2015*

**System Amendment - Penalty Certification - SI**  - *4/2/2015*

**System Amendment - SI Delinquency for the year of 0**  - *10/28/2014*

**System Amendment - FTB Revivor**  - *8/2/2011*

**System Amendment - FTB Suspended**  - *3/1/2011*

**Initial Filing**  - *7/26/2004*

# EXHIBIT 2



BA20231334671

B2063-1943 08/25/2023 1:23 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231334671 |
| Date Filed: 8/25/2023 |

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | RENTY TRANSPORTATION LLC |
| Entity No. | 202357010580 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ⊞ SHARIAR DELALAT | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | SHARIAR DELALAT |
| Agent Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | Transportation |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Shariar Delalat*              *08/25/2023*
Signature                  Date

B2063-1944 08/25/2023 1:23 PM Received by California Secretary of State

Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## RENTY TRANSPORTATION LLC (202357010580)

**Request Certificate**

| | |
|---|---|
| Initial Filing Date | 05/04/2023 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |
| Mailing Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO,CA92111 |
| Statement of Info Due Date | 05/31/2025 |
| Agent | Individual SHARIAR DELALAT 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |

**View History**      **Request Access**

## History

Collapse All



### Statement of Information  - 8/25/2023

| | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Amendment Type**<br>Statement of Information | Principal Address 1 | 8020 CLAIREMONT MESA BLVD | 8025 CLAIREMONT MESA BLVD |
| **Control ID**<br>BA20231334671 | Annual Report Due Date | 8/2/2023 12:00:00 AM | 5/31/2025 12:00:00 AM |
| **Date**<br>8/25/2023 | Labor Judgement | | N |
| **Image Download**<br>Download | CRA Changed | SHARIAR DELALAT<br>8020 CLAIREMONT MESA BLVD<br>SAN DIEGO, CA 92111 | SHARIAR DELALAT<br>8025 CLAIREMONT MESA BLVD<br>SAN DIEGO, CA 92111 |



### Initial Filing  - 5/4/2023

**Amendment Type**
Initial Filing

**Control ID**
202357010580

**Date**
5/4/2023

**Image Download**
Download

# EXHIBIT 3



BA20242042137



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20242042137 |
| Date Filed: 11/20/2024 |

B3206-6482 11/20/2024 11:16 AM Received by California Secretary of State

**Entity Details**

| Limited Liability Company Name | RENTY COLLISION LLC |
| --- | --- |
| Entity No. | 201701210174 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| Principal Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |
| --- | --- |

**Mailing Address of LLC**

| Mailing Address | 8025 CLAIREMONT MESA BLVD SUITE 20 20 SAN DIEGO, CA 92111 |
| --- | --- |
| Attention | |

**Street Address of California Office of LLC**

| Street Address of California Office | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |
| --- | --- |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| SHARIAR DELALAT | 8025 CLAIREMONT MESA BLVD SUITE 20, 20 SAN DIEGO, CA 92111 |

**Agent for Service of Process**

| Agent Name | SHARIAR DELALAT SEAN@RENTY.BIZ |
| --- | --- |
| Agent Address | 8025 CLAIREMONT MESA BLVD 20 SAN DIEGO, CA 92111 |

**Type of Business**

| Type of Business | COLLISION |
| --- | --- |

**Email Notifications**

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| --- | --- |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| SHARIAR DELALAT sean@renty.biz | 8025 CLAIREMONT MESA BLVD SUITE 20, 20 SAN DIEGO, CA 92111 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Anafe R. Efhan*
_____
Signature

*11/20/2024*
_____
Date

B3206-6483 11/20/2024 11:16 AM Received by California Secretary of State

Page 2 of 2



## History                                                                        ✕

Expand All

● Statement of Information  - *11/20/2024*                                         ⌄

● Statement of Information  - *12/1/2022*                                          ⌄

● System Amendment - SI Delinquency for the year of 0  - *9/15/2017*              ⌄

● Initial Filing  - *12/30/2016*                                                  ⌄

1
2
3
4
5
6
7

# EXHIBIT 4

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States of America
## United States Patent and Trademark Office

# DIRT CHEAP CAR RENTAL

**Reg. No. 6,259,009**
**Registered Feb. 02, 2021**
**Int. Cl.: 39**
**Service Mark**
**Principal Register**

TSG CORPORATION (CALIFORNIA CORPORATION)
3860 Rosecrans Street
San Diego, CALIFORNIA 92110

CLASS 39: Rental of vehicles

FIRST USE 5-1-1992; IN COMMERCE 5-1-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAR RENTAL"

SEC.2(F)

SER. NO. 88-462,800, FILED 06-06-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# EXHIBIT 5



# EXHIBIT 6

1/28/25, 5:26 PM                          Dirt Cheap Rent a Car - foreign student discount - San Diego Ca.

The Wayback Machine - https://web.archive.org/web/19981202080752/http://www.dirtcheapcarrental.com:80/

# - Car Rental -
# Foreign Student Discount Rates!

**German page**     **Japanese page**

## Total Price Includes....

    Free Pickup Service

    Free Collision Coverage (CDW)

    Liability  Insurance

    Sales Tax Included

    No Surcharge (over 21 yrs.)

# $699/MONTH $199/WEEK

**NEW CARS STARTING @**
**$699/MONTH $199/WEEK**
**For San Francisco, Grand Canyon & Las Vegas**

## We cater to foreign students! Call Dirt Cheap first!

https://web.archive.org/web/19981202080752/https://dirtcheapcarrental.com/                                1/2

1/28/25, 5:26 PM                    Dirt Cheap Rent a Car - foreign student discount - San Diego Ca.

# LAX - Los Angeles
# DIRT CHEAP RENT A CAR
# 10212 SOUTH LA CIENEGA BLVD.
# INGLEWOOD, CA 90304
# PHONE 310-645-3993
# FAX 310-645-3995

### SAN DIEGO
### DIRT CHEAP RENT A CAR
### 2559 KETTNER BLVD. SAN DIEGO, CA 92101
### (619)234-9300



Comments:  E-mail for information or  310-645-3993

---

**Come see the Los Angeles Adventurer
and
The Backpacker's Paradise**

**Los Angeles Adventurer & Backpacker's Paradise**

---

*webmaster@w3m.com*

Copyright © 1997 DIRT CHEAP RENT A CAR
This Home Page was created by world wide web Marketing ,Friday, March 28, 1997 7:28:38 PM
Most recent revision 11/10/98 10:47:37 AM

counter  2045

https://web.archive.org/web/19981202080752/https://dirtcheapcarrental.com/                    2/2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7



# EXHIBIT 8

1/28/25, 5:42 PM                                                      Renty

The Wayback Machine - https://web.archive.org/web/20060208180136/http://www.renty.biz:80/



### Not the biggest, just the best

Is your vehicle in the shop, leaving you without an effective way to get to work? Well then, welcome to **Renty**, your premier rental company for providing a full line of cars for rent. We have everything you'll need to serve your residence or business with prompt, reliable transportation.

We have daily, weekly, and monthly rates available.
All Cars Have CD Players • Contracts Available in Japanese

Lowest Rates • Late Model Cars • Free Pick Up
Speak Japanese • Se Habla Español

Hours:
Monday - Friday, 9am to 6pm
Saturday, 10am - 4pm (10 minutes from Airport)

**Renty**
720 Broadway, Suite C
Chula Vista, CA 91910

Tel: (619) 498-0200
Fax: (619) 498-0202

E-mail: sdelalat@hotmail.com



**Cheapest - Newest Cars**
**Student Rates - Free Pick Up**

  

Home | Services | Contact Us | Directions

powered by:
YELLOWPAGES.COM
Sign In

https://web.archive.org/web/20060208180136/https://renty.biz/                          1/1

# EXHIBIT 9





# EXHIBIT 10



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11



# EXHIBIT 12



# EXHIBIT 13





# EXHIBIT 14







1
2
3
4
5
6
7
8
9
10
11
12

# **EXHIBIT 15**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# EXHIBIT 16



Gary L. Eastman, Esq.
1550 Hotel Circle N., Suite 330
San Diego, California 92108
619-230-1144
Gary@eastmanip.com

<u>VIA US MAIL AND EMAIL</u>

December 17, 2024

Shariar Delalat
RENTY, LLC; dba RENTY Transportation, LLC; dba RENTY Collision, LLC
8025 Clairemont Mesa Blvd, Suite 20
San Diego, California 92111
USA

Telephone:   +1 (858) 560-0066
Email:       sean@renty.biz

       Re:   Cease and Desist Infringement of TSG Corporation's
             "DIRT CHEAP CAR RENTAL"
             U.S. Registered Trademark No. 6,259,009

Dear Mr. Delalat:

       I represent TSG Corporation, a California corporation ("TSG") in its intellectual
property matters. TSG is a leader in the San Diego vehicle rental services industry and
since 1970 has consistently provided rental services under the DIRT CHEAP CAR
RENTAL name.  Since 1992, through the consistent investment of personal and
financial resources, the DIRT CHEAP CAR RENTAL vehicle rental business has grown
to a well-known source for affordable rental vehicles with an excellent reputation for
service. This goodwill results in significant commercial benefit to TSG.  TSG owns the
United States Federal Service Mark "Dirt Cheap Car Rental" under Trademark
Registration No. 6,259,009 for use in conjunction with "rental of vehicles." A copy of
TSG's U.S. Trademark Registration is enclosed.

       It has come to our attention that your business, Renty Car Rental/RENTY, LLC at
https://renty.biz/, "Renty" is using TSG's registered trademark verbatim in its entirety. It
cannot be ignored that both Renty and TSG operate within miles of each other, and it
would be impossible for you not to know of TSG's historical use of the DIRT CHEAP
CAR RENTAL brand in the vehicle rental community. As a result, your actions amount
to the willful infringement of my client's DIRT CHEAP CAR RENTAL registered mark.
See, for instance, the unauthorized use examples that follow in comparison to the use
of TSG's registered trademark.

Bakersfield                    Irvine                              San Diego
1430 Truxton Ave., 5ᵗʰ Floor   9891 Irvine Center Drive, Suite 200   1550 Hotel Circle N., Suite 330
Bakersfield, CA 93301          Irvine, CA 92618                    San Diego, CA 92108
Tel: 619-230-1144              Tel: 619-230-1144                   Tel: 619-230-1144

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 2 of 12

## DIRT CHEAP CAR RENTAL



**Figure 1(a)** - *Figure showing TSG's registered trademark in use, "DIRT CHEAP CAR RENTAL".*

## RENTY



**Figure 1(b)** - *Figure showing RENTY unauthorized use of TSG's registered trademark, "DIRT CHEAP CAR RENTAL", on their official website, https://renty.biz/.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 3 of 12

# RENTY



**Figure 2 -** *Figure showing RENTY has a business address located in San Diego, specifically 8025 Clairemont Mesa Blvd, Suite 20 San Diego, California 92111.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 4 of 12

**RENTY**



**Figure 3(a)** - *Figure showing RENTY has a Facebook profile associated with RENTY CAR RENTAL, and RENTY is using TSG's registered trademark without authorization.*



**Figure 3(b)** - *Figure showing RENTY's Facebook cover photo associated with RENTY CAR RENTAL, and RENTY is using TSG's registered trademark without authorization.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 5 of 12

**RENTY**



**Figure 4 -** *Figure showing RENTY has a Twitter/X profile associated with RENTY CAR RENTAL, and RENTY is using TSG's registered trademark without authorization.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 6 of 12

## RENTY



**Figure 5** - *Figure showing RENTY has three corporations associated with the RENTY CAR RENTAL business, all three are California Corporations, and RENTY is doing business as Renty, LLC; Renty Collision, LLC; and Renty Transportation, LLC, and all derive benefit from the misuse of the DIRT CHEAP CAR RENTAL registered mark.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 7 of 12

**RENTY**



**Figure 6(a).** *Figure showing one of the corporations associated with the RENTY CAR RENTAL business that RENTY is doing business as Renty, LLC.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 8 of 12

**RENTY**



**Figure 6(b).** *Figure showing one of the corporations associated with the RENTY CAR RENTAL business that RENTY is doing business as Renty Collision, LLC.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 9 of 12

**RENTY**



**Figure 6(c) -** *Figure showing one of the corporations associated with the RENTY CAR RENTAL business that RENTY is doing business as, Renty Transportation, LLC.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 10 of 12

## RENTY



**Figure 7(a).** *Figure showing RENTY has a Pinterest profile associated with RENTY CAR RENTAL, and RENTY is using TSG's registered trademark without authorization.*

## RENTY

More ideas from Renty Car Rental

**Figure 7(b).** *Figure showing RENTY has a Pinterest profile associated with RENTY CAR RENTAL, and RENTY is using the dominant terms of TSG's registered trademark without authorization.*

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 11 of 12

## TRADEMARK INFRINGEMENT

Your use of TSG's "DIRT CHEAP CAR RENTAL" Mark on your website, social media channels, and other medium in interstate commerce is without consent, is causing actual consumer confusion, and is harming TSG's goodwill. Plaintiff's Mark is being used without authorization in connection with the marketing of services that are identical to the services provided in conjunction with its' "DIRT CHEAP CAR RENTAL" Mark. This unauthorized use is a violation of the Lanham Act of 1946 (15 U.S.C. § 1051 et seq.), as there is actual confusion in the marketplace because a reasonable consumer would mistakenly conclude that the infringing services being marketed by Renty are in some way associated or affiliated with the services provided by TSG under the DIRT CHEAP CAR RENTAL brand.

## DEMAND

TSG has been and will continue to be damaged by Renty's willful infringement and unauthorized use of its U.S. Registered trademark "DIRT CHEAP CAR RENTAL." TSG hereby demands that Renty immediately cease all use of the DIRT CHEAP CAR RENTAL trademark across all platforms, both digital and tangible medium, including but not limited to the following:  https://renty.biz/; Facebook, Twitter/X, Instagram, and Pinterest.

While serious, TSG desires to avoid protracted litigation and, in the spirit of resolution, simply requests that Renty remove all instances of its unauthorized use. In the unfortunate event that Renty is unwilling to immediately halt the unauthorized use of TSG's DIRT CHEAP CAR RENTAL trademark, then TSG will take all actions necessary to protect its intellectual property rights, including but not limited to, filing a complaint for trademark infringement in federal court seeking injunctive relief and economic damages.

Please confirm your agreement to immediately cease all trademark infringement, and confirm this to us in writing within ten (10) days of the date of this letter.  Failure to take immediate and appropriate action will be considered your refusal to resolve the matter informally.

Yours very truly,

Gary L. Eastman, Esq.
Attorney-at-Law

GLE:bvt
Enclosure

Shariar Delalat
RENTY, LLC
December 17, 2024
Page 12 of 12

# United States of America

## United States Patent and Trademark Office

## DIRT CHEAP CAR RENTAL

**Reg. No. 6,259,009**

**Registered Feb. 02, 2021**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

TSG CORPORATION  (CALIFORNIA CORPORATION)
3860 Rosecrans Street
San Diego, CALIFORNIA 92110

CLASS 39: Rental of vehicles

FIRST USE 5-1-1992; IN COMMERCE 5-1-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAR RENTAL"

SEC.2(F)

SER. NO. 88-462,800, FILED 06-06-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 18

1

2

3

4

5

6

7

8

9

10

11

12

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28